No. 30,131.

LAURA EARLY, as an Individual and as Guardian of JOHN EARLY, EDWARD EARLY and WILLIAM EARLY, Minors, *Appellee*, v. C. L. BURT, *Appellant*.

(12 P. 2d 1117.)

Opinion on rehearing filed July 9, 1931. (For original opinion of affirmance, see 134 Kan. 445, 7 P. 2d 95.)

*J. S. Simmons, Alva L. Fenn, Max Wyman, C. M. Williams, D. C. Martindell* and *W. D. P. Carey,* all of Hutchinson, for the appellant.

*C. H. Brooks, Willard Brooks, Howard T. Fleeson, H. T. Horrell,* all of Wichita, *A. C. Malloy, R. C. Davis, Warren H. White,* all of Hutchinson, *Ezra Branine* and *Alden Branine,* both of Newton, for the appellee.

The opinion of the court was delivered by

HUTCHISON, J.: The original opinion in this case was handed down January 30, 1932, and reported in 134 Kan. 445, 7 P. 2d 95. Later a petition for rehearing was granted, and the matter was very carefully rebriefed and reargued. The briefs and argument have been fully considered, and the court has reached the same conclusion as before and decided to adhere to the former opinion.